## PETITION OF PAUL DYER.

No. 11663.

Decided June 24, 1969.

456 P.2d 310.

Paul Dyer, pro se.

PER CURIAM:

Petitioner Paul Dyer has transmitted a letter dated June 20, 1969, to this Court in respect to his petition for writ of habeas corpus.

Since the petition has been referred to the Montana Defender Project for attention it is ordered that copy of Dyer's letter be likewise referred so as to enable them to take such action as appears appropriate.